# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00011-CV

### In re Kim Henderson and Randy Henderson, Individually and as Next Friends of MFPD 263, a Minor

### ORIGINAL PROCEEDING FROM BURNET COUNTY

### M E M O R A N D U M   O P I N I O N

Relators Kim Henderson and Randy Henderson, individually and as next friends of MFPD 263, a minor, seek to withdraw their petition for writ of mandamus because the trial court rescinded the order that was the subject of the Hendersons' petition and the matter is now moot.

Accordingly, the Hendersons' petition for mandamus is dismissed as moot.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   February 1, 2012